USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____ 19
DATE FILED: 12/18/18

EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

EDWIN DIAZ, on behalf of himself and all others        :
similarly situated,                                     :
                                                        :   9289    JGK
                          Plaintiffs,                   :   Case No.:1:18 cv 09282 (JGK)   12/19/18
                                                        :
              - against -                               :   **STIPULATION OF**
                                                        :   **DISMISSAL WITH**
                                                        :   **PREJUDICE**
STELLA MCCARTNEY AMERICA, INC.,                         :
                                                        :
                          Defendant.                    : .
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been achieved. Each party shall bear their own attorneys' fees and costs, except as otherwise agreed to by the parties.

Date: November 15, 2018

Joseph H. Mizrahi
Daniel C. Cohen

**COHEN & MIZRAHI LLC**
300 Cadman Plaza West, 12 Fl.
Brooklyn, New York 11201
Tel: (646) 645-8482
E-mail: joseph@cml.legal

*Attorneys for Plaintiff*

Joshua A. Stein
Shira Blank
Maxine A. Adams
**EPSTEIN, BECKER & GREEN, P.C.**
250 Park Avenue
New York, New York 10177
Tel: (212) 351-4500
E-mail: jstein@ebglaw.com

*Attorneys for Defendant*

SO ORDERED:

12/18/2018

Hon. John G. Koeltl

Date: G. Koelt
JOHN  G. ROBERTS,
U.S.D.J.

*The Clerk is directed to close this case.   So ordered.*
*12/18/18   G. Koelt   U S D J.*